TOMPKINS *v.* ATLANTIC COAST LINE RAILROAD Co. *et al.*

DUCKWORTH, Chief Justice. This case is controlled by *Miller* v. *Ray,* 208 *Ga.* 27 (64 S. E. 2d, 449), the equity features thereof having been eliminated by amendment leaving only a suit for damages, and the Supreme Court is without jurisdiction of the writ of error.

*Transferred to the Court of Appeals. All the Justices concur, except Atkinson, P. J., not participating.*

No. 18223. ARGUED MAY 12, 1953—DECIDED JUNE 8, 1953.

*J. Neely Peacock Jr.* and *George L. Sabados,* for plaintiff in error.

*Peacock, Perry & Kelley, Jesse W. Walters, B. H. Chappell, Burt & Burt, Walter H. Burt, Leonard Farkas, Farkas, Landau & Davis* and *Foley, Chappell, Kelley & Champion,* contra.